UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-CV-23554-MARTINEZ-OTAZO-REYES

KIMBERLY NICHOLSON,

    Plaintiff,

v.

CARNIVAL CORPORATION,
a Panamanian corporation
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## JOINT MOTION TO RE-OPEN CASE

Plaintiff, KIMBERLY NICHOLSON, and Defendant, CARNIVAL CORPORATION, a Panamanian corporation d/b/a Carnival Cruise Lines ("Carnival"), by and through their respective undersigned counsel, move to re-open, and file this their Joint Motion to Re-Open Case, and in support state as follows:

1. This case arises from a trip and fall on a non-conspicuous threshold in the doorway leading from Deck 10 resulting in serious injuries to the Plaintiff.

2. That pursuant to this Honorable Court's Administrative Order Closing Case for Statistical Purposes and Placing Matter in Civil Suspense File [DE 16], the parties may move to re-open the above captioned case by motion of the parties when circumstances change so that this action may proceed to final disposition.

3. The Parties respectfully request this matter be re-opened.

Dated: July 12th, 2022.                                               Respectfully submitted,

| | |
|---|---|
| */s/ David L. Markel, Esq.* <br> David L. Markel, Esq. <br> Florida Bar No. 78306 <br> dmarkel@gslawusa.com <br> Nicholas I. Gerson, Esq. <br> Florida Bar No. 20899 <br> ngerson@gslawusa.com <br> Philip M. Gerson, Esq. <br> Florida Bar No.: 127290 <br> pgerson@gslawusa.com <br> Edward S. Schwartz, Esq. <br> Florida Bar No. 346721 <br> eschwartz@gslawusa.com <br> **Gerson& Schwartz, P.A.** <br> 1980 Coral Way <br> Miami, Florida 33145 <br> Telephone:   (305) 371-6000 <br> Facsimile:    (305) 371-5749 <br> *Attorneys for Plaintiff* | /s/  *Noah Silverman, Esq.* <br> Noah Silverman, Esq. <br> Florida Bar No. 401277 <br> nsilverman@fflegal.com <br> Jeffrey E. Foreman, Esq. <br> Florida Bar No. 0240310 <br> jforeman@fflegal.com <br> Lauren Rose, Esq. <br> Florida Bar No. 115743 <br> lrose@fflegal.com <br> **Foreman Friedman, P.A.** <br> One Biscayne Tower, Suite 2300 <br> 2 South Biscayne Blvd. <br> Miami, Fl. 33131 <br> Telephone:    (305)358-6555 <br> Facsimile:    (305)374-9077 <br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2022, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or prose parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF on I n some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ David L. Markel*, Esq. <br> David L. Markel, Esq. <br> Florida Bar No. 78306 <br> dmarkel@gslawusa.com <br> **GERSON & SCHWARTZ, P.A.** <br> 1980 Coral Way <br> Miami, Florida 33145 <br> Telephone:(305) 371-6000 <br> Facsimile:(305) 371-5749 <br> ***Attorneys for Plaintiff***

**SERVICE LIST**
**Kimberly Nicholson v. Carnival Corporation**
**United States District Court, Southern District of Florida**
**Case No.: 19-CV-23554-MARTINEZ-OTAZO-REYES**

| | |
|---|---|
| **Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Edward S. Schwartz, Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>**Gerson& Schwartz, P.A.**<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:    (305) 371-6000<br>Facsimile:    (305) 371-5749<br>*Attorneys for Plaintiff* | **Jeffrey E. Foreman, Esq.**<br>jforeman@fflegal.com<br>**Noah Silverman, Esq.**<br>nsilverman@fflegal.com<br>**Lauren Rose, Esq.**<br>lrose@fflegal.com<br>**Foreman Friedman, P.A.**<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Blvd.<br>Miami, Fl. 33131<br>Telephone:    (305)358-6555<br>Facsimile:    (305)374-9077<br>*Attorneys for Defendant* |